In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-00333-CR


____________________



MELVIN WAYNE POWELL, JR. a/k/a MELVIN POWELL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 99941





 

MEMORANDUM OPINION


 A jury found appellant Melvin Wayne Powell, Jr. a/k/a Melvin Powell guilty of
possession of a controlled substance, and the trial court assessed punishment at fifteen years
of imprisonment.

 Powell's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On April 2, 2009, we granted an extension of time for appellant to file a pro se brief. 
We received no response from appellant.

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED.



 

 STEVE McKEITHEN

 Chief Justice


Submitted on August 11, 2009

Opinion Delivered August 26, 2009

Do Not Publish 


Before McKeithen, C.J., Kreger and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.